[No. 14626-6-II.   Division Two.   September 25, 1992.]

DOROTHY L. WOODARD, *Appellant*, v. GERALD J.
WOODARD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-3-04361-3, E. Albert Morrison, J., entered

December 21, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.